PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Steven Corey Miller</u>　　　Case Number: <u>3:10-00241</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, United States District Judge</u>

Date of Original Sentence: <u>February 7, 2011</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Possession with Intent to Distribute 100 Kilograms or More of Marijuana</u>

Original Sentence: <u>37 months' custody followed by three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　Date Supervision Commenced: <u>December 14, 2012</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>　　　Defense Attorney: <u>Glenn Funk</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this \_1\_ day of \_March\_, 2014,
and made a part of the records in the above case.

_Todd Campbell_
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_Kimberly Haney_
Kimberly Haney
U.S. Probation Officer

Place　　　Nashville, Tennessee

Date　　　February 28, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On February 24, 2013, Mr. Miller tested positive for cocaine use.

   Mr. Miller reported to the probation office on February 24, 2014, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for cocaine. Mr. Miller stated he was so intoxicated on Saturday, February 22, 2014, that he was unsure if he used cocaine or not. The specimen was sent to the laboratory for confirmation.

**Compliance with Supervision Conditions and Prior Interventions:**

Steven Corey Miller began his term of supervised release on December 14, 2012. His term of supervision is scheduled to expire on December 13, 2015. Mr. Miller was previously employed at Tress and Trends, but was laid off on January 28, 2014.

A report was submitted to Your Honor on February 18, 2014, regarding Mr. Miller testing positive for cocaine use on February 10, 2014. Your Honor ordered no action at that time. Mr. Miller was placed on a random drug testing system at the probation office and he has been referred to Centerstone Mental Health for substance abuse treatment. Mr. Miller is scheduled for an intake assessment at Centerstone Mental Health on Tuesday, March 4, 2014, at 10 a.m.

The probation officer was out of the office when Mr. Miller reported for the drug test and was unable to speak with him. Since that time, the probation officer has been unable to contact Mr. Miller.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is respectfully recommending that Mr. Miller continue on supervised release with increased monitoring and drug testing by the probation officer to allow for participation in substance abuse treatment at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer