PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Steven Corey Miller    Case Number: 3:10-00241

Name of Judicial Officer: Honorable Todd J. Campbell, United States District Judge

Date of Original Sentence: February 7, 2011

Original Offense: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute 100 Kilograms or More of Marijuana

Original Sentence: 37 months' custody followed by three years' supervised release

Type of Supervision: Supervised release    Date Supervision Commenced: December 14, 2012

Assistant U.S. Attorney: Lynne Ingram    Defense Attorney: Glenn Funk

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 27th day of May, 2014, and made a part of the records in the above case.

Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Place    Nashville, Tennessee

Date    May 23, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.  **The defendant shall refrain from any unlawful use of a controlled substance.**

   On May 6, 2014, Mr. Miller tested positive for cocaine use.

   Mr. Miller reported to the probation office on May 6, 2014, after failing to report for a drug test on May 5, 2014, as part of the random drug testing program. He submitted a urine specimen which tested positive for cocaine. Mr. Miller denied any new use of an illegal substance. The specimen was sent to the laboratory for confirmation and was confirmed positive for cocaine.

## Compliance with Supervision Conditions and Prior Interventions:

Steven Corey Miller began his term of supervised release on December 14, 2012. His term of supervision is scheduled to expire on December 13, 2015. Mr. Miller was previously employed at Trees and Trends, but was laid off on January 28, 2014. Mr. Miller is making attempts to secure gainful employment.

A report was submitted to Your Honor on February 18, 2014, regarding Mr. Miller testing positive for cocaine use on February 10, 2014. Your Honor ordered no action at that time. Mr. Miller was placed on a random drug testing system at the probation office and he was been referred to Centerstone Mental Health for substance abuse treatment.

A report was submitted to Your Honor on February 28, 2014, regarding Mr. Miller testing positive for cocaine use on February 24, 2014. Your Honor ordered no action at that time. Mr. Miller's drug testing was increased. Mr. Miller received a substance abuse treatment assessment at Centerstone Mental Health on March 17, 2014. It was recommended that Mr. Miller participate in individual therapy twice per month.

On May 6, 2014, probation officer contacted Mr. Miller regarding a drug test that he missed on May 5, 2014. He was instructed to report to the probation office. He reported as instructed and submitted a urine specimen which tested positive for cocaine. Mr. Miller adamantly denied using any illegal substance. Additionally, Mr. Miller was very upset regarding his brother-in-law's suicide (hanging) over the weekend. Mr. Miller advised this is the third family member who has committed suicide, to include his father. Reportedly, the family is very distraught. The probation officer attempted to contact Mr. Miller's counselor at Centerstone Mental Health while he was in the probation office, but she was not available. Mr. Miller has met with his counselor once this month, and his next appointment is on May 27, 2014.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending that Mr. Miller continue on supervised release with increased monitoring and drug testing by the probation officer to allow for continued participation in substance abuse treatment at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
                Britton Shelton
                Supervisory U.S. Probation Officer